# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIANE LORENTINE,<br><br>    Defendant. | No. CR 07-00385-TUC-CKJ(JM)<br><br>REPORT AND<br>RECOMMENDATION |

    On October 11, 2007, Defendant pled guilty to conspiracy to possess with intent to distribute marijuana. During the plea hearing, Defendant admitted the following: On February 1, 2007, she was living near Pisinemo on the Tohono O'odham Indian Nation. Immigration and Customs Enforcement patrol officers found marijuana in a small shed that was near her home on her property. She knew the marijuana was in the shed since she had previously given her brother, who was also charged in the same conspiracy, permission to store it there for a short time. She expected to get a little of the marijuana for her personal use as payment for the use of the shed. To her knowledge someone was going to come and pick up the marijuana and deliver it to someone else in Arizona.

    After the colloquy between the Court and the Defendant, the Government indicated that it was satisfied with the factual basis and the Defendant entered a plea of guilty. The Magistrate Judge filed her Findings and Recommendation accepting the plea, neither party

1 filed objections, and the findings were adopted by the District Court on November 20, 2007.
2 Sentencing was scheduled for January 4, 2008 before District Court Judge Jorgenson.

3 Sentencing instead proceeded before a visiting judge, District Court Judge Scullin.
4 During the sentencing hearing, Defendant presented a letter which stated that she was "no
5 part of what [she was] being charged of. The only charge [she was] guilty of is feeding the
6 illegals." Judge Scullin promptly vacated the sentencing hearing and referred the case back
7 to Magistrate Judge Marshall for "review of the Plea."

8 A Status Conference was held before the Magistrate Judge on January 22, 2008.
9 Through counsel, the Defendant advised that she did **not** wish to withdraw her plea of guilty
10 but did wish to withdraw her sentencing letter. The matter was taken under advisement, a
11 transcript of the plea hearing was requested, and another status conference was scheduled for
12 January 29.

13 The Magistrate Judge has reviewed the transcript of the Change of Plea Hearing and
14 finds that the Defendant clearly understood the nature of the charge against her, she
15 adequately set forth a factual basis for her plea of guilty, and she knowingly and voluntarily
16 entered a plea of guilty to conspiracy to possess with intent to distribute marijuana.

17 Based on the foregoing and pursuant to 28 U.S.C. § 636 (b) and Local Rule 1.7(d)(2),
18 Rules of Practice of the United States District Court, District of Arizona, the Magistrate
19 Judge **RECOMMENDS** that the District Court, after an independent review of the record,
20 adopt this Court's findings and reset the matter for sentencing. The Magistrate Judge further
21 recommends that the District Court grant Defendant's motion to withdraw her sentencing
22 letter.

23 Pursuant to 28 U.S.C. § 636 (b), any party may serve and file written objections with
24 the District Court within ten (10) days of being served with a copy of this Report and
25 Recommendation. If the objections are not timely filed they may be deemed waived. If any
26 objections are filed, this action should be designated with the following case number CR 07-
27 00385- TUC-CKJ(CRP).

28

1 **IT IS ORDERED** that the Status Conference set for Tuesday, January 29, 2008, at 10:30 a.m., before Magistrate Judge Marshall is vacated.

DATED this 25th day of January, 2008.

_____
Jacqueline Marshall
United States Magistrate Judge