IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 07-00385-TUC-CKJ (JM) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| DIANE LORENTINE ) | |
| Defendant. ) | |

On January 25, 2008, United States Magistrate Judge Jacqueline J. Marshall issued her Report and Recommendation [Doc. #90]. Neither party has objected to the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation and finds Magistrate Judge Marshall's analysis well-reasoned with no clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly,

IT IS HEREBY ORDERED that:

(1) The Report and Recommendation (Doc. #90) is ADOPTED;

(2) The Defendant's motion to withdraw her sentencing letter is GRANTED.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(3) The Defendant's sentencing shall be reset for March 4, 2008 at 9:00 a.m. before Judge Jorgenson.

(4) U.S. Probation shall forward a copy of the Pre-Sentence Report to Judge Jorgenson one week prior to sentencing.

DATED this 14th day of February, 2008.

_____
Cindy K. Jorgenson
United States District Judge